1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Cameron Shaw

7                       **UNITED STATES DISTRICT COURT**

8                        **EASTERN DISTRICT OF CALIFORNIA**

9

10 CAMERON SHAW,                              )  No.   2:20-cv-00297-TLN-CKD
                                              )
11              Plaintiff,                    )  **NOTICE OF SETTLEMENT AS TO**
                                              )  **DEFENDANT, STEPHANIE SCANLAN**
12        vs.                                 )  **INSURANCE AGENCY, INC. dba STATE**
                                              )  **FARM, ONLY**
13 STEPHANIE SCANLAN INSURANCE                )
   AGENCY, INC. dba STATE FARM; DIANE         )
14 LANE BERG, Trustee of THE DIANE LANE       )
   BERG LIVING TRUST dated May 14, 2012,      )
15                                            )
                Defendants.                   )
16                                            )
                                              )
17                                            )
                                              )
18 _____     )

19
        Notice is hereby given that Plaintiff Cameron Shaw ("Plaintiff") has settled the above-
20
   captioned matter with Defendant, Stephanie Scanlan Insurance Agency, Inc. dba State Farm,
21
   only. Plaintiff requests that she be given to and including May 22, 2020 to file the dispositional
22
   documents in order to afford the Parties time to complete the settlement.
23

24 Dated: April 22, 2020                          MOORE LAW FIRM, P.C.
25
26                                                */s/ Tanya E. Moore*
                                                  Tanya E. Moore
27                                                Attorney for Plaintiff,
                                                  Cameron Shaw
28