Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEPHANIE SCANLAN INSURANCE AGENCY, INC. dba STATE FARM; DIANE LANE BERG, Trustee of THE DIANE LANE BERG LIVING TRUST dated May 14, 2012,<br><br>　　　　Defendants. | No. 2:20-cv-00297-TLN-CKD<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between Plaintiff Cameron Shaw and |
| 2 | Defendants, Stephanie Scanlan Insurance Agency, Inc. dba State Farm; and Diane Lane Berg, |
| 3 | Trustee of The Diane Lane Berg Living Trust dated May 14, 2012, the parties to this action, |
| 4 | that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is |
| 5 | dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs. |

Dated: May 18, 2020                MOORE LAW FIRM, P.C.

  /s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Cameron Shaw

Dated: MAY 20, 2020             REEP & MITCHELL, LLP

Mark L. Mitchell
Attorneys for Defendant,
Stephanie Scanlan Insurance Agency, Inc. dba State Farm

Dated: May 18, 2020             MILES WESTBROOK & DEAL

  /s/ J. Garret Deal
J. Garret Deal
Attorneys for Defendant,
Diane Lane Berg, Trustee of The Diane Lane Berg Living Trust dated May 14, 2012

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

  /s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff,
Cameron Shaw